[This opinion has been published in *Ohio Official Reports* at 88 Ohio St.3d 537.]

HOLCOMB, ADMR., ET AL., APPELLANTS AND CROSS-APPELLEES, *v.* STATE FARM INSURANCE COMPANIES, APPELLEE AND CROSS-APPELLANT.

[Cite as *Holcomb v. State Farm Ins. Cos.*, 2000-Ohio-398.]

*Automobile liability insurance—Uninsured/underinsured motorist coverage—Court of appeals' judgment vacated and cause remanded to trial court.*

(No. 99-342, 99-348 and 99-618—Submitted April 11, 2000—Decided May 24, 2000.)

APPEAL and CROSS-APPEAL from and CERTIFIED by the Court of Appeals for Franklin County, No. 98AP-353.

————————————

*DeLibera, Lyons & Bibbo* and *Jeffrey R. Bibbo*, for appellants and cross-appellees.

*Gallagher, Bradigan, Gams, Pryor & Littrell, L.L.P.,* and *James R. Gallagher*, for appellee and cross-appellant.

*Elk & Elk Co., L.P.A.*, and *Todd O. Rosenberg*, urging reversal on behalf of appellants for *amicus curiae,* Ohio Academy of Trial Lawyers.

————————————

{¶ 1} The judgment of the court of appeals is vacated, and the cause is remanded to the trial court for further proceedings and consideration, where applicable, of the Supreme Court's decisions in *Wolfe v. Wolfe* (2000), 88 Ohio St.3d 246, 725 N.E.2d 261, and *Moore v. State Auto. Mut. Ins. Co.* (2000), 88 Ohio St.3d 27, 723 N.E.2d 97.

DOUGLAS, RESNICK, F.E. Sweeney and Pfeifer, JJ., concur.

DOUGLAS, J., concurs separately.

MOYER, C.J., COOK and Lundberg Stratton, JJ., dissent.

————————————

**DOUGLAS, J., concurring.**

{¶ 2} I concur for the reasons set forth in my concurrence in *Stickney v. State Farm Mut. Auto. Ins. Co.* (2000), 88 Ohio St.3d 504, 727 N.E.2d 1286.

————————————

**LUNDBERG STRATTON, J., dissenting.**

{¶ 3} I respectfully dissent for the reasons set forth in the dissenting opinions in *Wolfe v. Wolfe* (2000), 88 Ohio St.3d 246, 252-255, 725 N.E.2d 261, 267-269, and *Moore v. State Auto. Mut. Ins. Co.* (2000), 88 Ohio St.3d 27, 33-36, 723 N.E.2d 97, 103-105.

MOYER, C.J., and COOK, J., concur in the foregoing dissenting opinion.

————————————